# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| WINNIFRED A. THURMOND and <br> ROGER C. THURMOND, | § <br> § <br> § | |
| Plaintiffs, | § <br> § | |
| VS. | § <br> § | Case No. 4:16cv263 <br> (Judge Mazzant/Judge Bush) |
| OCWEN LOAN <br> SERVICING LLC, et al., | § <br> § <br> § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER OF DISMISSAL

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 3, 3016, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that *pro se* Plaintiffs' Motion to Retain Action Pending Adjudication of Two New Causes of Action (*see* Dkt. #27) should be DENIED and that Plaintiffs' case should be dismissed without prejudice for want of prosecution.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and conclusions of the Court.

1

Therefore, *pro se* Plaintiffs' Motion to Retain Action Pending Adjudication of Two New Causes of Action (*see* Dkt. #27) is DENIED and Plaintiffs' case is dismissed without prejudice for want of prosecution. This matter is closed on the Court's docket, and all costs shall be borne by the party incurring same.

**It is SO ORDERED.**

**SIGNED this 30th day of August, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE